UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60207-CR-ZLOCH
08-60092-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                        **O R D E R**

DAHOMEY TALAVERA,

    Defendant.
_____/

    THIS MATTER is before the Court upon Defendant Dahomey Talavera's Motion To Reduce Sentence (DE 490 in Case No. 07-60207-CR-ZLOCH, and DE 217 in Case No. 08-60092-CR-ZLOCH). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

    Defendant was indicted in both causes referenced above for offenses involving mortgage fraud. After pleas of guilty in both cases, the Court sentenced her to 27 months in prison as to Count One in Case No. 07-60207-CR-ZLOCH and 27 months in prison as to Count One in Case No. 08-60092-CR-ZLOCH, to be served concurrently with each other. By prior Order (DE 479 in Case No. 07-60207-CR-ZLOCH, and DE 183 in Case No. 08-60092-CR-ZLOCH), the Court granted Plaintiff United States of America's Motion To Reduce Defendant's Sentence made pursuant to Federal Rule of Criminal Procedure 35(b). Her sentence was reduced to 15 months as to Count One in Case No. 07-60207-CR-ZLOCH and 15 months as to Count One in Case No. 08-

60092-CR-ZLOCH, to be served concurrently with each other. By the instant Motion, filed pro se, Defendant raises numerous arguments why the above-referenced sentences were imposed erroneously. Without passing on the merits of the instant Motion, the Court will deny the same because it lacks jurisdiction over it.

First, the Motion is untimely. After imposition of sentence, the Court may only amend the same in limited circumstances. Relevant here, Federal Rule of Criminal Procedure allows a defendant to file a motion to correct or reduce a sentence within seven days after sentencing. Fed. R. Crim. P. 35(a). Defendant filed the instant Motion more than seven days after sentence was imposed. Thus, the Motion is untimely and the Court lacks jurisdiction over same. Id.

Second, Defendant filed this Motion pro se. Once an appearance by an attorney has been entered on a party's behalf, that "party cannot thereafter appear or act on the party's own behalf in the action or proceeding, or take any step therein." S.D. Fla. L.R. 11.1.D.4. Defendant remains represented by Robert Berube, Esquire, of the Office of the Federal Public Defender. Thus, Defendant is barred from filing this Motion on her own behalf. Id.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Defendant Defendant Dahomey Talavera's Motion To Reduce

2

Sentence (DE 490 in Case No. 07-60207-CR-ZLOCH, and DE 217 in Case No. 08-60092-CR-ZLOCH) be and the same is hereby **DISMISSED** for lack of jurisdiction of this Court to consider same; and

    2. In the alternative, assuming <u>arguendo</u> that this Court would otherwise have jurisdiction of said Motion, then Defendant Dahomey Talavera's Motion To Reduce Sentence (DE 490 in Case No. 07-60207-CR-ZLOCH, and DE 217 in Case No. 08-60092-CR-ZLOCH) be and the same is hereby **DENIED** without prejudice.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this ___9th___ day of December, 2008.

                                          */s/ William J. Zloch*
                                          WILLIAM J. ZLOCH
                                          United States District Judge

Copies furnished:

Thomas Lanigan, Esq., AUSA
For Plaintiff

Robert N. Berube, Esq., AFPD
For Defendant Dahomey Talavera

Dahomey Talavera
FCI Danbury
Reg. No. 77465004
33½ Pembroke Road
Route 37
Danbury, CT 06811-3099